**FILED**

FEB 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-0093 FCD |
|        Plaintiff, ) | |
| v. ) | |
| SEALED, ) | **SEALED** |
|        Defendant. ) | |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until defendant CHARLES HEAD's arrest or until further order of the Court.

IT IS FURTHER ORDERED that the summonses for the remainder of the defendants shall not be issued until defendant CHARLES HEAD's arrest or until further order of the Court.

DATED: February 28, 2008

_____
KIMBERLY J. MUELLER
United States Magistrate Judge