1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716



**FILED**

MAR 2 6 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     v.<br><br>CHARLES HEAD, et al.,<br><br>            Defendants. | Nos. 2:08-cr-00093 FCD<br>     2:08-cr-00116 LKK<br><br>**APPLICATION TO UNSEAL INDICTMENTS AND [proposed] ORDER** |

On February 28, 2008 and March 13, 2008, respectively, the indictments in case numbers **2:08-cr-00093 FCD** and **2:08-cr-00116 LKK** were sealed until the arrest of defendant Charles Head or until further order of this Court. Defendant Charles Head was arrested in La Habra, California on March 21, 2008, and is currently in federal custody. As the notification from the Office of the Clerk for the Central District of California acknowledging Head's arrest and detention has been inexplicably delayed, the United States respectfully requests that this Court order the indictments unsealed. Once the indictments are unsealed, the Office of the Clerk for the Eastern District of California will be able to issue

1  the summonses for the other defendants in the case.
2  Dated: March 26, 2008
3                              Respectfully submitted,
4                              McGREGOR W. SCOTT
                               United States Attorney
5
6                          By: /s/ Ellen V. Endrizzi
                               ELLEN V. ENDRIZZI
7                              Assistant U.S. Attorney

11              **O R D E R**
12     Upon application of the United States of America and good cause
13  having been shown,
14     IT IS HEREBY ORDERED that the United States' Motion To Unseal
15  the indictments filed in case numbers 2:08-cr-00093 FCD and
16  2:08-cr-00116 LKK is GRANTED.

18  DATED: March 26, 2008

                               /s/ Edmund F. Brennan
                               HONORABLE EDMUND F. BRENNAN
                               United States Magistrate Judge

2