```
H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753
deansteward@fea.net


Attorney for Defendant
ELHAM ASSADI
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-0093-FCD |
| ) | |
| Plaintiff, ) | |
| ) | WAIVER OF PERSONAL APPEARANCE |
| v. ) | |
| ) | ORDER |
| ELHAM ASSADI, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    Pursuant to Federal Rules of Criminal Procedure Rule 43(c)(3), defendant Elham Assadi hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation, trial, impanelment of jury and imposition of sentence.

    Defendant Elham Assadi requests the court to proceed during every absence on her part which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented

at all times by the presence of her attorney, the same as if defendant Elham Assadi were personally present and further agrees to be present in court ready for any hearing any day and hour the court may fix in her absence.

    Defendant Elham Asadi further acknowledges that she has been informed of her rights under 18 USC §3161-3174 of the Speedy Trial Act, and authorizes her attorney to set times and delays under the Act without defendant Elham Assadi being present and agrees to waive any and all time under both the Sixth Amendment to the Constitution and the Speedy Trial Act regarding her rights to a speedy public jury trial.

Dated: April 23, 2008        /S/ Elham Assadi

                            Original on file with attorney
                            Elham Assadi
                            2535 Fenton Parkway
                            #107
                            San Diego, CA 92108

    **IT IS SO ORDERED.**

Dated: April 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE