BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
JUSTIN WILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHARLES HEAD, et al.,<br><br>            Defendants. | Case No.: 2:08-CR-0093 FCD<br><br>ORDER EXTENDING<br>TIME TO FILE BAIL DOCUMENTS |

**ORDER EXTENDING TIME TO FILE BAIL DOCUMENTS**

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, that the date to file the property bond secured by equity in real property be extended from May 5, 2008, to May 12, 2008.

**IT IS SO ORDERED.**

DATED:05/12/08                    /s/ Gregory G. Hollows
                                  United States Magistrate Judge

head.ord