H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Elham Assadi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br>ELHAM ASSADI, ET. AL.<br>　　　Defendants. | Case No.  2:08 CR-0093-FCD<br><br>STIPULATION BY PARTIES MODIFYING TERMS AND CONDITIONS OF PRE-TRIAL RELEASE FOR DEFENDANT ELHAM ASSADI |

GOOD CAUSE HAVING BEEN SHOWN, it is ordered that defendant Elham Assadi's terms and conditions of release are modified to suspend the condition that she seek and maintain employment, pending further order of this Court.

SO ORDERED.

DATED:  July 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE