```
LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. Cr. S-08-0093 FCD |
| ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE; |
| ) | EXCLUSION OF TIME |
| CHARLES HEAD, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Jeremy Head, through his counsel Christopher Haydn-Myer; defendant Elham Assadi, through his counsel H. Dean Steward; defendant Leonard Bernot, through his counsel Bruce Locke; defendant Akemi Bottari, through his counsel Edward M. Robinson; defendant Joshua Coffman, through his counsel John Balazs; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Sarah Mattson, through her counsel Steven D. Bauer; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Omar Sandavol, through his counsel Michael B. Bigelow; defendant Xochitl Sandoval, through her counsel Candace A. Fry; defendant Eduardo Vanegas, through his counsel Robert J. Peters; defendant Andrew Vu, through his counsel Stanley I. Greenberg; defendant Justin Wiley, through his counsel Clyde M. Blackmon; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Monday, August 18, 2008 at 10:00 a.m., be continued to Monday, November 17, 2008 at 10:00 a.m. before United States District

1 Judge Frank C. Damrell, Jr.

2     The government has provided the initial volume of discovery to defense counsel which is in excess of 23,000 pages. Additionally, defense counsel has been informed there are a voluminous number of bankers boxes which contain several hundred-thousand pages of documents seized from the various searches. Counsel for the various defendants are in the midst of reviewing the initial volume of discovery and need additional time to continue that process as well as identify legal issues and discuss the matter with their respective clients. Beyond the initial volume of discovery produced by the government to the defendants, the additional materials referenced previously have not yet been reviewed by defense counsel.

10     As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, November 17, 2008 at 10:00 a.m. Michele Krueger has approved the November 17, 2008 hearing date. No jury trial date has been set in this case.

13     The parties stipulate the Court should find that time be excluded through November 17, 2008 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

18     Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

20 **IT IS SO STIPULATED.**

21 DATED: August 11, 2008      McGREGOR W. SCOTT
                                                                United States Attorney

                                                                /s/ Ellen V. Endrizzi
23                                                                ELLEN V. ENDRIZZI
                                                                Assistant U.S. Attorney

25 DATED: August 11, 2008      LAW OFFICES OF SCOTT L. TEDMON

                                                                 /s/ Scott L. Tedmon
                                                                SCOTT L. TEDMON
27                                                                 Attorney for Defendant Charles Head

DATED: August 11, 2008              LAW OFFICE OF CHRISTOPHER HAYDN-MYER

                                                   /s/ Christopher Haydn-Myer
                                                  CHRISTOPHER HAYDN-MYER
                                                  Attorney for Defendant Jeremy Head

DATED: August 11, 2008              LAW OFFICES OF H. DEAN STEWARD

                                                  /s/ H. Dean Steward
                                                  H. DEAN STEWARD
                                                  Attorney for Defendant Elham Assadi

DATED: August 11, 2008              LAW OFFICES OF MOSS & LOCKE

                                                  /s/ Bruce Locke
                                                  BRUCE LOCKE
                                                  Attorney for Defendant Leonard Bernot

DATED: August 11, 2008              LAW OFFICE OF EDWARD M. ROBINSON

                                                  /s/ Edward M. Robinson
                                                  EDWARD M. ROBINSON
                                                  Attorney for Defendant Akemi Bottari

DATED: August 11, 2008              LAW OFFICE OF JOHN BALAZS

                                                  /s/ John Balazs
                                                  JOHN BALAZS
                                                  Attorney for Defendant Joshua Coffman

DATED: August 11, 2008              OFFICE OF THE FEDERAL DEFENDER

                                                  /s/ Matthew Bockmon
                                                  MATTHEW BOCKMON
                                                  Attorney for Defendant John Corcoran

DATED: August 11, 2008              LAW OFFICES OF STEVEN D. BAUER

                                                  /s/ Steven D. Bauer
                                                  STEVEN D. BAUER
                                                  Attorney for Defendant Sarah Mattson

DATED: August 11, 2008              LAW OFFICES OF JAMES R. GREINER

                                                  /s/ James R. Greiner
                                                  JAMES R. GREINER
                                                  Attorney for Defendant Domonic McCarns

| | |
|---|---|
| DATED: August 11, 2008 | LAW OFFICE OF MICHAEL B. BIGELOW |
| | /s/ Michael B. Bigelow |
| | Attorney for Defendant Omar Sandoval |
| DATED: August 11, 2008 | LAW OFFICE OF CANDACE A. FRY |
| | /s/ Candace A. Fry |
| | CANDACE A. FRY |
| | Attorney for Defendant Xochitl Sandoval |
| DATED: August 11, 2008 | LAW OFFICES OF ROBERT J. PETERS |
| | /s/ Robert J. Peters |
| | ROBERT J. PETERS |
| | Attorney for Defendant Eduardo Vanegas |
| DATED: August 11, 2008 | LAW OFFICE OF STANLEY I. GREENBERG |
| | /s/ Stanley I. Greenberg |
| | STANLEY I. GREENBERG |
| | Attorney for Defendant Andrew Vu |
| DATED: August 11, 2008 | BLACKMON & ASSOCIATES |
| | /s/ Clyde M. Blackmon |
| | CLYDE M. BLACKMON |
| | Attorney for Defendant Justin Wiley |
| DATED: August 11, 2008 | THE LAW FIRM OF JOSEPH H. LOW IV |
| | /s/ Joseph H. Low IV |
| | JOSEPH H. LOW IV |
| | Attorney for Defendant Kou Yang |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, August 18, 2008 at 10:00 a.m., is hereby continued to Monday, November 17, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of November 17, 2008.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: August 11, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE