LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR. S-08-0093 FCD <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME |

      The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Jeremy Head, through his counsel Christopher Haydn-Myer; defendant Elham Assadi, through his counsel H. Dean Steward; defendant Leonard Bernot, through his counsel Bruce Locke; defendant Akemi Bottari, through his counsel Edward M. Robinson; defendant Joshua Coffman, through his counsel John Balazs; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Sarah Mattson, through her counsel Steven D. Bauer; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Omar Sandavol, through his counsel Michael B. Bigelow; defendant Xochitl Sandoval, through her counsel Candace A. Fry; defendant Eduardo Vanegas, through his counsel Robert J. Peters; defendant Andrew Vu, through his counsel Stanley I. Greenberg; defendant Justin Wiley, through his counsel Clyde M. Blackmon; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Monday, November 17, 2008 at 10:00 a.m., be continued to Monday, December 15, 2008 at 10:00 a.m. before United States

1  District Judge Frank C. Damrell, Jr.

2  The government has provided the initial volume of discovery to defense counsel which is in excess of 23,000 pages. Additionally, defense counsel has been informed there are a voluminous number of bankers boxes which contain several hundred-thousand pages of documents seized from the various searches. Counsel for the various defendants are in the midst of reviewing the initial volume of discovery and need additional time to continue that process as well as identify legal issues and discuss the matter with their respective clients. Beyond the initial volume of discovery produced by the government to the defendants, the additional materials referenced previously have not yet been reviewed by defense counsel. Finally, continuing the status conference to December 15, 2008 promotes judicial economy given that the hearing on defendant Charles Head's motion to dismiss is already set for December 15, 2008 at 10:00 a.m. before Judge Damrell.

As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, December 15, 2008 at 10:00 a.m. Michele Krueger has approved the December 15, 2008 hearing date. No jury trial date has been set in this case.

The parties stipulate the Court should find that time be excluded through December 15, 2008 under the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: November 7, 2008         McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney

- 2 -

| | | |
|---|---|---|
| 1 | DATED: November 7, 2008 | LAW OFFICES OF SCOTT L. TEDMON |
| 2 | | /s/ Scott L. Tedmon |
| | | SCOTT L. TEDMON |
| 3 | | Attorney for Defendant Charles Head |

DATED: November 7, 2008           LAW OFFICE OF CHRISTOPHER HAYDN-MYER

 /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant Jeremy Head

DATED: November 7, 2008           LAW OFFICES OF H. DEAN STEWARD

 /s/ H. Dean Steward
H. DEAN STEWARD
Attorney for Defendant Elham Assadi

DATED: November 7, 2008           LAW OFFICES OF MOSS & LOCKE

 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant Leonard Bernot

DATED: November 7, 2008           LAW OFFICE OF EDWARD M. ROBINSON

 /s/ Edward M. Robinson
EDWARD M. ROBINSON
Attorney for Defendant Akemi Bottari

DATED: November 7, 2008           LAW OFFICE OF JOHN BALAZS

 /s/ John Balazs
JOHN BALAZS
Attorney for Defendant Joshua Coffman

DATED: November 7, 2008           OFFICE OF THE FEDERAL DEFENDER

 /s/ Matthew Bockmon
MATTHEW BOCKMON
Attorney for Defendant John Corcoran

DATED: November 7, 2008           LAW OFFICES OF STEVEN D. BAUER

 /s/ Steven D. Bauer
STEVEN D. BAUER
Attorney for Defendant Sarah Mattson

| | | |
|---|---|---|
| 1 | DATED: November 7, 2008 | LAW OFFICES OF JAMES R. GREINER |
| 2 | | /s/ James R. Greiner |
| | | JAMES R. GREINER |
| 3 | | Attorney for Defendant Domonic McCarns |
| 4 | DATED: November 7, 2008 | LAW OFFICE OF MICHAEL B. BIGELOW |
| 5 | | /s/ Michael B. Bigelow |
| | | MICHAEL B. BIGELOW |
| 6 | | Attorney for Defendant Omar Sandoval |
| 7 | DATED: November 7, 2008 | LAW OFFICE OF CANDACE A. FRY |
| 8 | | |
| 9 | | /s/ Candace A. Fry |
| | | CANDACE A. FRY |
| | | Attorney for Defendant Xochitl Sandoval |
| 10 | | |
| 11 | DATED: November 7, 2008 | LAW OFFICES OF ROBERT J. PETERS |
| 12 | | /s/ Robert J. Peters |
| | | ROBERT J. PETERS |
| 13 | | Attorney for Defendant Eduardo Vanegas |
| 14 | DATED: November 7, 2008 | LAW OFFICE OF STANLEY I. GREENBERG |
| 15 | | |
| 16 | | /s/ Stanley I. Greenberg |
| | | STANLEY I. GREENBERG |
| | | Attorney for Defendant Andrew Vu |
| 17 | | |
| 18 | DATED: November 7, 2008 | BLACKMON & ASSOCIATES |
| 19 | | /s/ Clyde M. Blackmon |
| | | CLYDE M. BLACKMON |
| 20 | | Attorney for Defendant Justin Wiley |
| 21 | DATED: November 7, 2008 | THE LAW FIRM OF JOSEPH H. LOW IV |
| 22 | | |
| 23 | | /s/ Joseph H. Low IV |
| | | JOSEPH H. LOW IV |
| | | Attorney for Defendant Kou Yang |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, November 17, 2008 at 10:00 a.m., is hereby continued to Monday, December 15, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of December 15, 2008. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: November 7, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE