**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>     PLAINTIFF,               )<br>                               )<br>     v.                        )<br>                               )<br>CHARLES HEAD, et al.,          )<br>                               )<br>     DEFENDANTS.               )<br>_____) | CR.S-08-0093-FCD<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MONDAY MARCH 16, 2009 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Ms. Ellen Endrizzi, Ms. Laura Ferris and Mr. Robert Tice-Raskin, and the defendants (hereinafter referred to as the defendants): Charles Head, represented by attorney Mr. Scott Tedmon; Jeremy Head, represented by attorney Christopher Hayden-Myer; Elham Assadi, represented by attorney Mr. H. Dean Steward; defendant Leonard Bernot, represented by attorney Mr. Bruce Locke; defendant Akemi Bottari, represented by attorney Mr. Edward Robinson; defendant Joshua Coffman, represented by attorney Mr. John Balazs; defendant John Corcoran, represented by attorney, Mr. Matthew Bockmon; defendant Sarah Mattson, represented by attorney, Mr. Steven Bauer; defendant Omar Sandoval, represented by attorney Mr. Michael Bigelow; defendant Xochitl Sandoval, represented by attorney Ms. Candace Fry; defendant Eduardo Vanegas, represented by attorney, Mr. Robert

1

Peters; defendant Andrew Vu, represented by attorney, Mr. Stanley Greenberg; defendant Justin Wiley, represented by attorney, Mr. Clyde Blackmon; defendant Kou Yang, represented by attorney, Mr. Joseph Low, IV; and defendant Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference currently set for, Monday, December 15, 2008, is hereby vacated and can be rescheduled for Monday, March 16, 2009, at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C. Damrell, Jr..

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(8)(b)(ii) and section 3161(h)(B)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on this date and the Court is available. There is no trial date set.

Respectfully submitted:

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ Ellen Endrizzi, Laura Ferris and Robert Rice-Raskin by e mail authorization

DATED: 12-11-08
_____
Ellen Endrizi, Laura Ferris, Robert Rice-Raskin
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF

DATED: 12-11-08

/s/ Scott Tedmon  by telephone authorization
_____
Scott Tedmon
Attorney for Defendant Charles Head

DATED:12-11-08   /s/ Christopher Hayden-Myer by e mail authorization
_____

2

|   |   |
|---|---|
|   | Christopher Hayden-Myer<br>Attorney for Defendant Jeremy Head |
| DATED: 12-11-08 | /s/ H. Dean Steward by e mail authorization<br>_____<br>H. Dean Steward<br>Attorney for Defendant Elham Assadi |
| DATED: 12-11-08 | /s/ Bruce Locke by telephone authorization<br>_____<br>Bruce Locke<br>Attorney for Defendant Leonard Bernot |
| DATED: 12-11-08 | /s/ Edward Robinson by telephone authorization<br>_____<br>Edward Robinson<br>Attorney for Defendant Akemi Bottari |
| DATED: 12-11-08 | /s/ John Balazs by e mail authorization<br>_____<br>John Balazs<br>Attorney for Defendant Joshua Coffman |
| DATED: 12-11-08 | /s/ Matthew Bockmon by e mail authorization<br>_____<br>Matthew Bockmon<br>Attorney for Defendant John Corcoran |
| DATED:12-11-08 | /s/ Steven Bauer by e mail authorization<br>_____<br>Steven Bauer<br>Attorney for Defendant Sarah Mattson |
| DATED:12-11-08 | /s/Michael Bigelow by telephone authorization<br>_____<br>Michael Bigelow<br>Attorney for Defendant Omar Sandoval |
| DATED: 12-11-08 | /s/ Candace Fry by telephone authorization<br>_____<br>Candace Fry<br>Attorney for Defendant Xochitl Sandoval |
| DATED: 12-11-08 | /s/ Robert Peters by telephone authorization<br>_____<br>Robert Peters<br>Attorney for Defendant Eduardo Vanegas |
| DATED: 12-11-08 | /s/ Stanley Greenberg by e mail authorization<br>_____<br>Stanley Greenberg<br>Attorney for Defendant Andrew Vu |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 12-11-08 | /s/ Clyde Blackmon by e mail authorization |
| 3 | | Clyde Blackmon<br>Attorney for Defendant Justin Wiley |
| 4 | DATED: 12-11-08 | /s/ Joseph Low, IV by e mail authorization |
| 5 | | Joseph Low, IV<br>Attorney for Defendant Kou Yang |
| 7 | DATED: 12-11-08 | /s/ James R. Greiner |
| 8 | | James R. Greiner<br>Attorney for Defendant Dominic McCarns |

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4