**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-08-0093 FCD |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE THE STATUS |
| v. | ) | CONFERENCE TO MONDAY |
| | ) | OCTOBER 5, 2009 |
| CHARLES HEAD, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

The parties to this litigation, the Unites States of America, represented by

Assistant United States Attorneys Ms. Ellen Endrizzi and Mr. Matthew C. Stegman

and the defendants (hereinafter referred to as the defendants): 1)Charles Head,

represented by attorney Mr. Scott Tedmon; 2)Jeremy Head, represented by attorney

Christopher Hayden-Myer; 3)defendant Leonard Bernot, represented by attorney Mr.

Bruce Locke; 4)defendant; defendant Joshua Coffman, represented by attorney Mr.

John Balazs; 5)defendant John Corcoran, represented by attorney, Mr. Matthew

Bockmon; 6)defendant Sarah Mattson, represented by attorney, Mr. Steven Bauer;

7)defendant Omar Sandoval, represented by attorney Mr. Michael Bigelow;

8)defendant Xochitl Sandoval, represented by attorney Ms. Candace Fry; 9)defendant

Eduardo Vanegas, represented by attorney, Mr. Robert Peters; 10)defendant Justin

Wiley, represented by attorney, Mr. Clyde Blackmon; 11)defendant Kou Yang,

1

represented by attorney, Mr. Joseph Low, IV;  and 12)defendant Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference, Monday, June 15, 2008, is hereby vacated and can be rescheduled for Monday, October 5, 2009, at 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C. Damrell, Jr..

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(8)(b)(ii) and section 3161(h)(B)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

The government has provided in excess of 190,000 pages of discovery in this case (the government just recently produced approximately 173,000 pages of discovery). There is still additional discovery to be produced by the government. The parties agree that the defense needs time to review the discovery, to review the discovery with the defendants, and to continue investigation in the case. The parties agree and stipulate that the interests of justice in agreeing and stipulating to this continuance outweighs  other interests in this case for a speedy trial in this case.

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on this date and the Court is available. There is no trial date set.

Respectfully submitted:

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Ellen Endrizzi, by telephone authorization

DATED: 6-10-09

_____
Ellen Endrizi and Matthew C. Stegman
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF

2

DATED: 6-10-09

/s/ Scott Tedmon  by e mail authorization

Scott Tedmon
Attorney for Defendant Charles Head

DATED: 6-10-09

/s/ Christopher Hayden-Myer by telephone authorization

Christopher Hayden-Myer
Attorney for Defendant Jeremy Head

DATED: 6-10-09

/s/ Bruce Locke by e mail authorization

Bruce Locke
Attorney for Defendant Leonard Bernot

DATED: 6-10-09

/s/ John Balazs by telephone authorization

John Balazs
Attorney for Defendant Joshua Coffman

DATED: 6-10-09

/s/ Matthew Bockmon by e mail authorization

Matthew Bockmon
Attorney for Defendant John Corcoran

DATED: 6-10-09

/s/ Steven Bauer by e mail authorization

Steven Bauer
Attorney for Defendant Sarah Mattson

DATED: 6-10-09

/s/Michael Bigelow by telephone authorization

Michael Bigelow
Attorney for Defendant Omar Sandoval

DATED: 6-10-09

/s/ Candace Fry by telephone authorization

Candace Fry
Attorney for Defendant Xochitl Sandoval

DATED: 6-10-09

/s/ Robert Peters by telephone authorization

Robert Peters
Attorney for Defendant Eduardo Vanegas

DATED: 6-10-09

/s/ Clyde Blackmon by e mail authorization

Clyde Blackmon
Attorney for Defendant Justin Wiley

3

1    DATED: 6-10-09                /s/ Joseph Low, IV by e mail authorization
                                   _____
2                                  Joseph Low, IV
                                   Attorney for Defendant Kou Yang
3
     DATED: 6-10-09                /s/ James R. Greiner
4                                  _____
                                   James R. Greiner
5                                  Attorney for Defendant Dominic McCarns

6

7

8

9                              **ORDER**

10

11

12        **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

13

14
     DATED: June 10, 2009
15

16                                 _____
                                   FRANK C. DAMRELL, JR.
17                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28                                          4