LAWRENCE G. BROWN
Acting United States Attorney
ELLEN V. ENDRIZZI
MATTHEW STEGMAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-93 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT AND |
| v. ) | SENTENCE AND RESETTING |
| ) | PRE-SENTENCE REPORT DATES FOR |
| ELHAM ASSADI, ) | IDENTIFIED DEFENDANTS IN |
| AKEMI BOTTARI, and ) | UNITED STATES v. CHARLES HEAD, |
| ANDREW VU ) | et al. |
| Defendants. ) | |
| _____) | |

Plaintiff, United States of America, by its undersigned counsel, and defendants Elham Assadi, Akemi Bottari, and Andrew Vu, by their counsel, Dean Steward, Edward Robinson, and Stanley Greenberg, respectively, hereby stipulate and agree that the judgment and sentencing date be continued to May 17, 2010, at 10:00 a.m.  The lengthy extension is warranted because of the complexity of the cases and the need for judgement and sentencing to occur following the trials in United States v. Head, et al., nos. 2:08-cr-93, -116 FCD.  With the approval of the Probation Officer, the parties further agree that the following dates shall be set for the Pre-sentence Report:

Judgment and sentencing date:                         May 17, 2010

| | |
|---|---|
| Motion for correction of the Pre-sentence Report shall be filed with the Court and served on the probation officer and opposing counsel no later than: | May 10, 2010 |
| The Pre-sentence Report shall be filed with the Court and disclosed to counsel no later than: | May 3, 2010 |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the probation officer and opposing counsel no later than: | April 19, 2010 |
| The Proposed Pre-sentence Report shall be disclosed to counsel no later than: | April 5, 2010 |

The parties also stipulate and agree that the current dates set for judgment and sentencing for each defendant be vacated. Those dates are:  E. Assadi, September 21, 2009; A. Bottari, September 14, 2009; Andrew Vu, September 14, 2009.

Respectfully submitted,

Dated: July 28, 2009          /s/ Ellen V. Endrizzi
                              ELLEN V. ENDRIZZI
                              MATTHEW STEGMAN
                              Assistant U.S. Attorneys

Dated: July 28, 2009          /s/ Ellen V. Endrizzi
                              Authorized, via email, to sign
                              for Mr. Steward
                              DEAN STEWARD, Esq.
                              Counsel for Elham Assadi

Dated: July 28, 2009          /s/ Ellen V. Endrizzi
                              Authorized, via email, to sign
                              for Mr. Robinson
                              EDWARD ROBINSON, Esq.
                              Counsel for Akemi Bottari

Dated: July 28, 2009          /s/ Ellen V. Endrizzi
                              Authorized, via email, to sign
                              for Mr. Greenberg
                              STANLEY GREENBERG, Esq.
                              Counsel for Andrew Vu

1 **O R D E R**

2     Based upon the representations by counsel and the
3 stipulation of the parties, IT IS HEREBY ORDERED that the
4 judgement and sentencing dates of September 14, 2009 and
5 September 21, 2009, are CONTINUED to May 17, 2010, at 10:00 a.m.
6 and the proposed dates for the Pre-sentence Report are hereby
7 ADOPTED as set forth in the stipulation of the parties.
8     IT IS SO ORDERED.
9 Dated: July 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE