H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753
deansteward@fea.net

Attorney for Defendant
ELHAM ASSADI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-cr-0093 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RE |
| v. | ) DEFENDANT ELHAM ASSADI TRAVEL |
| | ) AUTHORIZATION |
| ELHAM ASSADI, | ) |
| Defendant. | ) |

The United States, through Assistant U.S. Attorney Matthew Stegman, and defendant Ms. Elham Assadi, through her counsel H. Dean Steward, hereby stipulate as follows:

1. Defendant Elham Assadi is currently under Pre-Trial supervision. That supervision is being handled on a courtesy basis out of the Central District of California, Riverside office.

2. Ms. Assadi seeks permission to travel with family to Las Vegas, Nevada from Dec. 24 through and including Dec. 27, 2010. The purpose of the travel is a family reunion.

3. Assistant U.S. Attorney Matthew Stegman on behalf of the government and H. Dean Steward, counsel for the defendant,

1  jointly agree to the terms of this requested travel
2  authorization. Pre-Trial Services Officer Pamela Pozo from the
3  Riverside, California Pre-Trial Services office who supervises
4  Ms. Assadi, does not object to the travel or this stipulation,
5  provided Ms. Assadi provides complete travel plans to Pre-Trial
6  Services at least 24 hours before departure.[1]

8  So stipulated.

10  Dated: 12-11-10              */s/ H. Dean Steward*
11                                       H. Dean Steward
12                                       Counsel for Defendant Assadi

15  Dated: 12-11-10              */s/ Matthew Stegman*
16                                       Matthew Stegman
17                                       Asst. U.S. Attorney

---

[1] Pre-Trial Services in the Central District of California's highest endorsement for any travel by any defendant is "no opposition".

**ORDER**

Good cause appearing and the parties having stipulated:

**IT IS HEREBY ORDERED** that

1. Defendant Elham Assadi may travel to Las Vegas, Nevada for a family reunion on December 24 through and including December 27, 2010.

2. She shall notify Pre-Trial Services and provide trip details at least 24 hours before leaving.

So ordered.

DATED:  December 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3