**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CHARLES HEAD, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____ ) | NO. CR. S-08-0093-FCD <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO THURSDAY FEBRUARY 10, 2011 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1-Charles Head, represented by attorney, Mr. Scott L. Tedmon; 2-Jeremy Head, represented by attorney, Mr. Christopher Haydn-Myer; 3- Leonard Bernot, represented by attorney, Mr. Bruce Locke; 4- Joshua Coffman, represented by attorney Mr. John P. Balazs; 5- John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 6- Sarah Mattson, represented by attorney, Mr. Joseph J. Wiseman; 7- Omar Sandoval, represented by attorney, Mr. Michael B. Bigelow; 8- Xochitl Sandoval, represented by attorney, Ms. Candace A. Fry; 9- Kou Yang, represented by attorney, Mr. Joseph Low, IV; and 10-Domonic McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference currently set for, **Monday, January 24, 2011**, is

hereby vacated and can be rescheduled for **Thursday, February 10, 2011,** at 10:00 a.m. before the Honorable District Court Judge, Kimberly J. Mueller, courtroom #3, 15th Floor.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(7)(B)(ii) corresponding to **Local code T**-2 (the complexity of the case) and counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and **Local Code T-4** (to allow defense counsel reasonable time to prepare and continuity of counsel).

The government has produced over 290,000 pages of discovery to defense counsel. In addition, the government has recently produced discovery which were clones from five hard drives seized from various business locations which was put on an external hard drive in the amount of approximately 68.2 GB, which defense counsel need time to review and review with their respective clients. All defense counsel are in the process of reviewing this material, meeting with their respective clients and going over the discovery with their clients. All defense counsel need additional time to continue that process. In addition, all defense counsel need additional time as they research to identify potential legal issues.

The parties agree and stipulate that, the interest of justice in granting this reasonable request for a continuance outweighs all other interests in this case for a speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) corresponding to **Local code T-2** (the complexity of the case) and counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel

for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18U.S.C. section 3161(h)(7)(B)(iv), and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A) and **Local Code T-4** (to allow defense counsel reasonable time to prepare and continuity of counsel).

The Court's Courtroom deputy, Ms. Casey Schultz, was contacted to ensure the Court was available on **Thursday, February 10, 2011**, and the Court is available.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Matthew Stegman by e mail authorization

DATED: 2-1-11   _____
Matthew Stegman
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 2-1-11

/s/ Scott Tedmon  by e mail authorization
_____
Scott Tedmon
Attorney for Defendant Charles Head

DATED: 2-1-11   /s/ Christopher Hayden-Myer by e mail authorization
_____
Christopher Hayden-Myer
Attorney for Defendant Jeremy Head

DATED: 2-1-11   /s/ Bruce Locke by e mail authorization
_____
Bruce Locke
Attorney for Defendant Leonard Bernot

3

| | |
|---|---|
| DATED: 2-1-11 | /s/ John Balazs by e mail authorization |
| | _____ |
| | John Balazs |
| | Attorney for Defendant Joshua Coffman |
| DATED: 2-1-11 | /s/ Matthew Bockmon by e mail authorization |
| | _____ |
| | Matthew Bockmon |
| | Attorney for Defendant John Corcoran |
| DATED: 2-1-11 | /s/ Joseph Wiseman by e mail authorization |
| | _____ |
| | Joseph Wiseman |
| | Attorney for Defendant Sarah Mattson |
| DATED: 2-1-11 | /s/Michael Bigelow by e mail authorization |
| | _____ |
| | Michael Bigelow |
| | Attorney for Defendant Omar Sandoval |
| DATED: 2-1-11 | /s/ Candace Fry by e mail authorization |
| | _____ |
| | Candace Fry |
| | Attorney for Defendant Xochitl Sandoval |
| DATED: 2-1-11 | /s/ Joseph Low, IV by e mail authorization |
| | _____ |
| | Joseph Low, IV |
| | Attorney for Defendant Kou Yang |
| DATED: 2-1-11 | /s/ James R. Greiner |
| | _____ |
| | James R. Greiner |
| | Attorney for Defendant Dominic McCarns |

4

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex, due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery (over 290,00 pages of discovery previously discovered by the government and recently discovered approximately 68.2 GB on an external hard drive of discovery), that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel, continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)** and therefore time should be excluded under 18 U.S.C. section 3161(h)(7)(A), of the speedy trial act**.**

The Status Conference currently set for **Monday, January 24, 2011, is vacated**, and the **new Status Conference is set for Thursday, February 10, 2011, in front of District Court Judge Kimberly J. Mueller, Courtroom #3, 15th floor,** with time excluded under the Speedy Trial Act **from Monday, January 24, 2011**, **through to and including Thursday, February 10, 2011,** for the reasons agreed to and stipulated by the parties and as stated herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE