H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Elham Assadi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>     vs.<br><br>ELHAM ASSADI, ET. AL.<br><br>            Defendants. | Case No.  2:08 CR-0093-KJM<br><br>STIPULATION FOR LIMITED BOND MODIFICATION; ORDER |

     The parties stipulate that Bijan Chavoshan may be added as a surety in the amount of $150,000. Pretrial Services feels Mr. Chavoshan is an appropriate surety (cosigner) based on his reported yearly income and close relationship with Ms. Assadi.  Pretrial Services has no objections to the unsecured bond being modified as follows:  The defendant is to remain at liberty on a $150,000 unsecured bond cosigned by her friend, Bijan Chavoshan.  The defendant's fiancé, Hessam Mahdavi, shall be removed from the

///

///

- 1 -

unsecured bond.  All other conditions of release shall remain in effect.

So stipulated.

```
Dated: April 18, 2011           /s/ H. Dean Steward
                                  H. Dean Steward
                                  Counsel for Ms. Assadi

Dated: April 18, 2011           /s/ H. Dean Steward
                                  AUSA Matthew Stegman
                                  Counsel for the United States
                                  [by e-mail permission 4-4-11]
```

IT IS SO ORDERED.

Dated:   April 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

- 2 -