```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-0093 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING AND RESETTING PRE- |
| | ) | SENTENCE REPORT DATES FOR |
| ANDREW VU, | ) | IDENTIFIED DEFENDANTS IN |
| AKEMI BOTTARI, | ) | UNITED STATES V. CHARLES HEAD, |
| JUSTIN WILEY, and | ) | et al. |
| ELHAM ASSADI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Plaintiff, United States of America, by its undersigned counsel, and defendants Andrew Vu, Akemi Bottari, Justin Wiley, and Elham Assadi, by their counsel Stanley Greenberg, Edward Robinson, Clyde Blackmon, and H. Dean Steward, respectively, hereby stipulate and agree that the judgement and sentencing date be continued to December 1, 2011, at 10:00 a.m.  The lengthy extension is warranted because of the need for judgment and sentencing to occur following the trial of the remaining defendants in United States v. Head, et al., nos. 2:08-cr-93 KJM, 2:08-cr-116 KJM.  With the approval of n of the Probation Officer, the parties further agree that the

1

following dates shall be set for the Presentence Report:

| | |
|---|---|
| Judgment and Sentencing Date: | December 1, 2011 |
| Reply, or Statement of Non-Opposition: | November 23, 11 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 17, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 10, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 3, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | October 20, 2011 |

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: May 3, 2011            /s/ Matthew Stegman
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney

Dated: May 4, 2011            /s/ Stanley Greenberg
                                      STANLEY I. GREENBERG, Esq.
                                      Counsel for Andrew Vu

Dated: May 9, 2011            /s/ Edward M. Robinson
                                      EDWARD M. ROBINSON, Esq.
                                      Counsel for Akemi Bottari

Dated: May 9, 2011            /s/ Clyde M. Blackmon
                                      CLYDE BLACKMON, Esq.
                                      Counsel for Justin Wiley

1  Dated: May 5, 2011                    /s/ H. Dean Steward
2                                        H. DEAN STEWARD, Esq.
                                         Counsel for Elham Assadi
3
4                            **O R D E R**

5       Based upon the representations by counsel and the stipulation
6  of the parties, IT IS HEREBY ORDERED that the judgment and
7  sentencing date of May 19, 2011, at 10:00 a.m. is continued to
8  December 1, 2011 at 10:00 a.m. and the proposed dates for the
9  Presentence Report are hereby ADOPTED as set forth in the
10 stipulation of the parties.
11      IT IS SO ORDERED.
12 DATED: May 11, 2011.

                                         _____
                                         UNITED STATES DISTRICT JUDGE