```
H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
```

**FILED**

JUN - 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorney for Defendant
Elham Assadi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br> ELHAM ASSADI, ET. AL. <br> Defendants. | Case No. 2:08 CR-0093-KJM <br><br> STIPULATION AND PROPOSED ORDER FOR LIMITED BOND MODIFICATION; ~~PROPOSED~~ ORDER <br> D+O |

The parties stipulate that defendant's uncle, Ray Tayebi, may be added as a surety in the amount of $150,000. Pretrial Services feels Mr. Tayebi is an appropriate surety (cosigner) based on his reported yearly income and family relationship with Ms. Assadi. Pretrial Services has no objections to the unsecured bond being modified as follows:  The defendant is to remain at liberty on a $150,000 unsecured bond cosigned by her uncle, Ray Tayebi. The defendant's husband, Bijan Chavoshan, shall be removed from the

/
/

- 1 -

1  unsecured bond.  All other conditions of release shall remain in
2  effect.
3  So stipulated.
4  Dated: May 31, 2012                /s.  H. Dean Steward
5                                          H. Dean Steward
                                            Counsel for Ms. Assadi
6
   Dated: May __, 2012                /s. H. Dean Steward
7                                     [ by e-mail permission, 5-31-12]
                                           AUSA Michael Anderson
8                                          Counsel for the United States
9

10 IT IS SO ORDERED.
11
   Dated: June  4 , 2012              _____
12                                    DALE A. DROZD
13                                    United States Magistrate Judge

-2-