BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW G. MORRIS
NICHOLAS M. FOGG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED
MAY 09 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00093 KJM |
| Plaintiff, | [PROPOSED] ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY |
| v. | |
| CHARLES HEAD, ET AL. | |
| Defendants. | |

    NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that Marissa Page give testimony or provide other information which she refuses to give or to provide on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

    IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Marissa Page in any criminal case, except that Marissa Page shall not be exempted by this order from prosecution

1 | for perjury, giving a false statement pursuant to this order, or
2 | otherwise failing to comply with this order, and that immunity
3 | granted herein is co-extensive with 18 U.S.C § 6002.
4 | DATED: May 9, 2013

_____
KIMBERLY J. MUELLER
United States District Judge

6