1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL D. ANDERSON
MATTHEW G. MORRIS
3 | NICHOLAS M. FOGG
Assistant U.S. Attorneys
4 | 501 I Street, Suite 10-100
Sacramento, California 95814
5 | Telephone: (916) 554-2700

**FILED**

**MAY 09 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) CASE NO. 2:08-CR-00093 KJM
                               )
                Plaintiff,     ) [PROPOSED] ORDER PURSUANT TO
                               ) 18 U.S.C. §§ 6002-6003 GRANTING
        v.                     ) IMMUNITY AND REQUIRING TESTIMONY
                               )
                               )
CHARLES HEAD, ET AL.           )
                               )
                Defendants.    )
_____)

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002

that Abraham Urena give testimony or provide other information which

he refuses to give or to provide on the basis of his privilege

against self-incrimination as to all matters about which he may be

asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other

information compelled under this order, or any information directly

or indirectly derived from such testimony or other information,

shall be used against Abraham Urena in any criminal case, except

that Abraham Urena shall not be exempted by this order from

5

1  prosecution for perjury, giving a false statement pursuant to this

2  order, or otherwise failing to comply with this order, and that

3  immunity granted herein is co-extensive with 18 U.S.C § 6002.

4  DATED: May  9 , 2013

KIMBERLY J. MUELLER
United States District Judge

6