```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   MATTHEW G. MORRIS
3  NICHOLAS M. FOGG
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2700
```

FILED

MAY 09 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00093 KJM |
| Plaintiff, | [PROPOSED] ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY |
| v. | |
| CHARLES HEAD, ET AL. | |
| Defendants. | |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. §6002 that Eduardo Vanegas give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Eduardo Vanegas in any criminal case, except that Eduardo Vanegas shall not be exempted by this order from

1  prosecution for perjury, giving a false statement pursuant to this
2  order, or otherwise failing to comply with this order, and that
3  immunity granted herein is co-extensive with 18 U.S.C § 6002.
4  DATED: May 9, 2013

KIMBERLY J. MUELLER
United States District Judge

6