IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>CHARLES C. HEAD et al.,<br><br>                Defendants. | CASE NO. 2:08-CR-093-KJM<br><br>ORDER RE: RECIPIENTS OF RESTITUTION |

It is hereby ORDERED that restitution previously ordered to "H. W." or "H. W. and A. W." be paid by the clerk of the court to "H. W. and A. W." jointly, as set out in Attachment 1.

Additionally, the government requests that Attachment 1 be filed under seal, in order to protect the names of the victims H.W. and A.W. The government's request satisfies Local Rule 141 and good cause exists to seal the attachment. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (party requesting sealing of records attached to non-dispositive motions bears the burden of showing "good cause" exists for sealing) (citing Fed. R. Civ. P. 26(c); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003)). Accordingly, the clerk is ordered to file Attachment 1 hereto under seal.

IT IS SO ORDERED.

DATED: July 5, 2019.

                                                        UNITED STATES DISTRICT JUDGE